IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRIAN LASKOWSKI,

    Plaintiff,

v.

CHELSEA LARSON, PETER RIDAL
and JOHN THORSON,

    Defendants.

ORDER

Case No. 24-cv-382-jdp

    Plaintiff Brian Laskowski, a prisoner in the custody of the Wisconsin Department of Corrections, has filed a proposed civil complaint. Plaintiff is a prisoner and, therefore, subject to the 1996 Prison Litigation Reform Act. Plaintiff has requested leave to proceed without prepayment of the filing fee and has submitted several uncertified monthly inmate transaction statements to support this request. These statements are insufficient to determine whether plaintiff qualifies for indigent status because plaintiff has not submitted a copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the *six-month period immediately* preceding the filing of the complaint.

    For this case to proceed, plaintiff must submit a certified trust fund account statement no later than July 12, 2024. If I find that plaintiff is indigent, I will calculate an initial partial payment of the $350 filing fee that plaintiff must pay before the court can screen the complaint on the merits under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Brian Laskowski may have until July 12, 2024 to submit a trust fund account statement for the period beginning **approximately December 10, 2023 and ending approximately June 10, 2024**.  If plaintiff fails to respond to this order by July 12, 2024, I will assume that plaintiff wishes to withdraw this action voluntarily.  In that event, the case will be dismissed without prejudice to plaintiff filing at a later date.

Entered this 14th day of June, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge